# DISCOVERY PLAN WORKSHEET
## (for Fair Debt Collection Practices Act ("FDCPA") Cases)

| | |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosures:<br>*(Presumptively 30 days after filing date)* | |
| First request for production of documents and for interrogatories due by:<br>*(Presumptively 60 days after filing date)* | |
| Motion to join new parties or amend the pleadings:<br>*(Presumptively 90 days after filing date)* | |
| COMPLETION OF ALL DISCOVERY, including all expert disclosures under Rule 26(a)(2), if any, to be completed by:<br>*(Presumptively 120 days after filing date)* | |
| Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8? | |