

**VIA ECF**
January 18, 2019

Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court, E.D.N.Y.
255 Cadman Plaza East
Brooklyn, NY 11201-1800

    **Re:**    <u>*Gold v. Shapiro, Dicaro, & Barack, LLC*, et al. (1:18-06787)</u>

Dear Judge Bulsara:

    We represent Defendant Select Portfolio Servicing, Inc. ("SPS") in the referenced action. We submit this letter with consent of Plaintiff's counsel to request an adjournment of the January 22, 2019 initial conference to the week of February 11, 2019. Please know that counsel are not available the week of February 18, 2019.

    We make this request for two reasons. First, there was a recent death in my family and I am not available January 22, 2019. Second, Plaintiff filed an Amended Complaint that added an additional defendant to this action, yesterday. The new defendant has not yet been served and the inclusion of that defendant alters the dismissal motion Defendants are prosecuting before Judge Chen.

    We respectfully request that the conference be adjourned to a later date the week of February 11, 2019 but not the week of February 18, 2019. We thank the Court for its attention to this matter.

Respectfully submitted,


*/s/ Adam M. Swanson*

Adam M. Swanson

Adam M. Swanson
Partner
T. 203-399-5928
F. 203-399-5810
aswanson@mccarter.com

McCarter & English, LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
T. 203.399.5900
F. 203.399.5800
www.mccarter.com

BOSTON
HARTFORD
STAMFORD
NEW YORK
NEWARK
EAST BRUNSWICK
PHILADELPHIA
WILMINGTON
WASHINGTON, DC