Law Offices of
# Shapiro, DiCaro & Barak, LLC
175 Mile Crossing Boulevard
Rochester, New York 14624
(585) 247-9000
FAX (585) 247-7380

April 30, 2019

**VIA ECF**
Hon. Pamela K. Chen, U.S.D.J.
United States District Court, E.D.N.Y.
255 Cadman Plaza East
Brooklyn, NY 11201-1800

RE: *Gold v. Shapiro, Dicaro, & Barak, LLC, et al.*, Docket No. 1:18-cv-06787-PKC-SJB

Dear Judge Chen:

I represent Defendant, Shapiro, DiCaro & Barak, LLC ("Defendant" or "Shapiro") in the above-referenced action. Pursuant to Your Honor's March 21, 2019 and March 22, 2019 Orders, I submit this supplemental letter in further support of Shapiro's Motion to Dismiss (ECF No. 24).

In that regard, Co-Defendants, Select Portfolio Servicing, Inc. ("SPS") and The Bank of New York Mellow Trust Company, Trustee ("BONY") (collectively "Co-Defendants"), through their counsel, have interposed a separate supplemental letter, dated April 30, 2019 (ECF No. 31), and for the sake of judicial economy, Shapiro fully incorporates all of the legal arguments contained in Co-Defendants' supplemental letter, and for the reasons set forth therein, the Court should likewise grant Shapiro's Motion to Dismiss.

Thank you for your consideration of this request.

Respectfully submitted,


*/s/ John A. DiCaro*
John A. DiCaro, Esq.

Cc: Btzalel Hirschhorn, Esq. (via ECF)
Adam M. Swanson, Esq. (via ECF)

ATTORNEYS AT LAW
———

John A. DiCaro, Member/Managing Attorney    Direct (585) 770-2111    jdicaro@logs.com
———

LONG ISLAND OFFICE    One Huntington Quadrangle, Suite 3N05    Melville, NY 11747    PHONE (631) 844-9611    FAX (631) 844-9525